UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-8268 -DLB

UNITED STATES OF AMERICA

vs.

CHRISTOPHER WILLIAM FULLER,

Defendant.
_____/

FILED BY _____ D.C.

JUL 10 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER UNSEALING COMPLAINT

THIS MATTER COMES before this court on the government's Motion to Unseal the Complaint in the above entitled cause. The court has reviewed the motion, and the Court finds good cause:

IT IS HEREBY ORDERED that the government's Motion to Unseal the complaint, any resulting orders, and this order shall is GRANTED.

DONE AND ORDERD in chambers in West Palm Beach, Florida, this 10th day of July, 2017.

_____
HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE